FILED

SEP - 2 2025

TIMOTHY McGRATH, CLERK
BY_____ DEP CLERK

IN RE: NEIGHBOR'S QUALITY HOMECARE, LLC :

                         :    Chapter 7

                         :    Adv. Proc. No: 25-00135-AMC

                         :    Bankruptcy No.: 25-10023-AMC

             DEBTOR        :

_____ :

BABY JENKINS WILLIAMS AND            :
ANGELIA WILLIAMS,                   :

             PLAINTIFFS      :

     V.                          :

NEIGHBOR'S QUALITY HOMECARE, LLC     :

             DEFENDANT      :

_____ :

## MOTION FOR DEFAULT PURSUANT TO F.R.C.P. 55(2)

**TO THE COURT AND ALL PARTIES IN INTEREST:**

Baby Jenkins and Angelia ("Ang") Williams (collectively, "Williams"), Plaintiffs and

Creditors of the above-named Debtor, Neighbor's Quality Homecare, LLC ("Defendant"), file

the following pleading responsive to the Order of this Honorable Court dated August 12, 2025.

On September 2, 2025, the undersigned counsel for the Plaintiffs attempted to file this

pleading in-person with this Honorable Court. While the pleading was duly stamped "Received"

by this Court, counsel (a member of the Bar of this Court) was advised that documents could

only be filed in the Court's electronic data base. Accordingly, this Honorable Court issued an

Order mandating that all documents be filed electronically, and requiring that this document be

filed not later than September 16, 2025. A copy of this Order is attached hereto as Exhibit A.

## INTRODUCTION

1. Pursuant to F.R.C.P. 55(2), this is a Motion for a Default Judgment against the putative bankruptcy of Neighbor's Quality Homecare, LLC.

2. Defendant is not eligible for discharge as a debtor in its bankruptcy case pursuant to 11 U.S.C. §§ 727(a)(2)(A) and 727(a)(2)(B).

## JURISDICTION

3. This Court has jurisdiction of this adversary proceeding pursuant to 11 U.S.C. § 727.

4. This is a core proceeding under 28 U.S.C. § 157(b)(2)(J).

## VENUE

5. Venue is proper under 28 U.S.C. § 1409.

## PARTIES

6. Plaintiff, Angelia Williams, ("Plaintiff Ang Williams") is an adult individual residing at 216 Fieldstone Crossing Drive, Bear, Delaware 19701-1954, along with her spousal partner, Plaintiff Baby Jenkins Williams (individually and collectively, "Plaintiffs" residing at the same address).

7. Defendant, Neighbors Quality Home Care, LLC ("Defendant Neighbors" or "NQHC") is a Pennsylvania Domestic Limited Liability Company, organized and existing under the laws of the Commonwealth of Pennsylvania, with its registered office located at 1653 North 7th Street, Philadelphia, Pennsylvania 19122-2914.

## BACKGROUND AND FACTUAL ALLEGATIONS

8.  On January 3, 2025, Defendant filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code ("Petition Date"), thereby initiating bankruptcy case number 25-10023-AMC, in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania ("Bankruptcy Case").

9.  This case involves a "bait and switch" fraud in the inducement, and an outright fraudulent business transaction perpetrated by Melissa Grayson (hereinafter "Grayson,") and by and through her homecare nursing company, Neighbor's Quality Homecare, LLC (hereinafter "Neighbors" or "NQHC"). Grayson alleges and perjures herself, in her bankruptcy Chapter 7 petition, that she is the sole owner of Neighbors, but that is not true. Claimants Baby Jenkins and Ang Williams (hereinafter collectively referred to as 'Williams",) are minority owners. Grayson has or had another owner/partner, Cherita Brown (hereinafter "Brown") but Claimants have no knowledge of her current ownership status. However, on July 25, 2022, Grayson and Brown entered into a sales agreement whereby Brown would purchase 50% of Neighbors for Seventy-Five Thousand Dollars ($75,000) and be the sole owners of Neighbors.

10. On April 3, 2025, the Williams filed an Adversary Complaint Objecting to the Entry of Discharge Pursuant to 11 U.S.C. § 727(a) and 727(c) and Rule 4004 of the Federal Rules of Bankruptcy Procedure. A true and correct copy of this filing is attached hereto as Exhibit B.

3

11. On April 17, 2025, the Williams moved this Court to remove Cherita M. Brown as a Defendant in this case. A true and correct copy of this filing is attached hereto as Exhibit C. This Petition is still pending.

12. Defendant NQHC filed an Answer and a Rebuttal in excess of 100 pages detailing the fraudulent behavior of Melissa Grayson and why the bankruptcy should not be permitted. A true and correct copy of this filing is attached hereto as Exhibit D. Thereafter, Ms. Brown did not respond to the Court's directive requiring the requisite additional information.

13. Instead, Ms. Grayson made her wife, Cherita Brown, president of the corporate entity, NQHC.

14. As of this date, September 16, 2025, NQHC is operating with full force and, accordingly, a default judgment is justified in this matter.

15. Cherita Brown filed the above pleading on behalf of herself and NQHC. Ms. Brown is not an attorney and cannot speak on behalf of the corporate entity, NQHC. Her attempt to do so constitutes the unauthorized practice of law, and renders her subject to appropriate civil and potentially criminal penalties.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for the entry of judgment against Defendant as follows:

1. That the Court grant a default judgment in their favor and deny NQHC's bankruptcy petition.

2. For an award of attorney's fees as allowable by law in an amount the Court determines to be reasonable;

3. For costs of suit herein incurred; and

4. For such other and further relief as this Court deems just and proper.

Dated: September 16, 2025         **LECHTER & SASSO, P.C.**

                By: _____
Ernest Sasso, Esquire
Pennsylvania Attorney I.D. No. 34883

/lynneklechter/
_____
Lynne K. Lechter, Esquire
Pennsylvania Attorney I.D. No. 59815

Attorneys for Creditors Baby Jenkins and Angelia
("Ang") Williams

Lechter & Sasso, P.C.
1845 Walnut Street, 25th Floor
Philadelphia, Pennsylvania 19103-4725
(215) 564-6000 [Telephone]
(215) 598-0977 [Fax]
sasso@lechtersasso.com [E-Mail]
lechter@lechtersasso.com [E-Mail]