IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELIA WILLIAMS<br><br>and<br><br>BABY JENKINS WILLIAMS<br><br>                    Plaintiffs,<br><br>v.<br><br>MELISSA GREER-GRAYSON<br><br>and<br><br>NEIGHBORS QUALITY HOME CARE, LLC<br><br>and<br><br>CHERITA M. BROWN<br><br>                    Defendants. | CIVIL ACTION<br>JURY TRIAL DIVISION<br><br>August Term, 2023<br>No. 230900521<br><br>This is Major Jury Matter |

## CERTIFICATE OF SERVICE

I, Ernest Sasso, Esquire, hereby certify that a true and correct copy of the Motion for Default Pursuant to F.R.C.P. 55(2) was served on the following interested party via electronic mail on September 16, 2025:

Cherita Brown <cheritanqhc@gmail.com>

6

                                               Lechter & Sasso, P.C.

By: */s/ Ernest Sasso/*
Ernest Sasso, Esquire
Pennsylvania Attorney I.D. No. 34883
Lynne Kessler Lechter, Esquire
Pennsylvania Attorney I.D. No. 59815
1845 Walnut Street, 25th Floor
Philadelphia, Pennsylvania 19103-4725
(215) 564-6000 [Telephone]
(215) 598-0977 [Fax]
sasso@lechtersasso.com [E-Mail]
lechter@lechtersasso.com [E-Mail]

Attorneys for Plaintiffs, Angelia Williams
and Baby Jenkins Williams

Dated: September 16, 2025

7