## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Neighbor's Quality Homecare LLC,<br><br>*Debtor*. | Case No. 25-10023-amc<br>Chapter 7 |
| Baby Jenkins, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>Neighbor's Quality Homecare LLC,<br><br>*Defendant*. | Adversary No. 25-00135-amc |

### Order Dismissing Adversary Complaint with Prejudice

**AND NOW**, upon consideration of the Motion to Dismiss Adversary Complaint filed by Defendant Neighbor's Quality Homecare LLC, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Complaint is **DISMISSED WITH PREJUDICE**.

Date: _____          _____
                                    Ashely M. Chan
                                    Chief U.S. Bankruptcy Judge