L.B.F. 9014-3

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Chapter 7

NEIGHBORS QUALITY                     :
HOMECARE, LLC                              :
     Debtor             :        Bky. No. 25-10023-AMC

\* \* \* \* \* \* \*

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

BABY JENKINS WILLIAMS AND ANGELIA WILLIAMS — MOTION FOR DEFAULT
_(Name of movant)_ has filed _(name of motion)_ with the court for _(describe the relief sought in the motion)_.

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before 10/29/25 you or your attorney must file a response to the Motion. _(see Instructions on next page)_.

3. A hearing on the Motion is scheduled to be held on 10/29/25, at 12:30 PM in Courtroom #4, United States Bankruptcy Court, (address of Bankruptcy 900 MARKET STREET, SUITE 400, PHILADELPHIA PA 19107 Court). Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at _900 MARKET ST., STE 400 PHILADELPHIA, PA 19107_
(*address of bankruptcy clerk's office*)

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

   [Attorney's name] _ERNEST SASSO_
   [Firm name] _LECHTER & SASSO, P.C._
   [Address] _1845 WALNUT ST., 25TH FL, PHILADELPHIA, PA 19103-4725_
   [Phone No.] _215-564-6000_
   [Fax No.] _215-588-0877 OR 215-598-8150_
   [E-mail address] _SASSO@LECHTERSASSO.COM_

[If applicable, name and address of others to be served.]

_CHERITA BROWN, (CHERITANQHC@GMAIL.COM)
715 WEST FISHER AVENUE
PHILADELPHIA, PA 19120_

Date: _OCTOBER 8, 2025_

| | |
|---|---|
| IN RE: NEIGHBOR'S QUALITY HOMECARE, LLC : | **Chapter 7** |
| : | |
| : | Adv. Proc. No: 25-00135-AMC |
| : | Bankruptcy No.: 25-10023-AMC |
| **DEBTOR** : | |
| **BABY JENKINS WILLIAMS AND ANGELIA WILLIAMS,** : | |
| **PLAINTIFFS** : | |
| **V.** : | |
| **NEIGHBOR'S QUALITY HOMECARE, LLC** : | |
| **DEFENDANT** : | |

## MOTION FOR DEFAULT PURSUANT TO F.R.C.P. 55(2)

**TO THE COURT AND ALL PARTIES IN INTEREST:**

Baby Jenkins and Angelia ("Ang") Williams (collectively, "Williams"), Plaintiffs and Creditors of the above-named Debtor, Neighbor's Quality Homecare, LLC ("Defendant"), file the following pleading responsive to the Order of this Honorable Court dated August 12, 2025.

On September 2, 2025, the undersigned counsel for the Plaintiffs attempted to file this pleading in-person with this Honorable Court. While the pleading was duly stamped "Received" by this Court, counsel (a member of the Bar of this Court) was advised that documents could only be filed in the Court's electronic data base. Accordingly, this Honorable Court issued an Order mandating that all documents be filed electronically, and requiring that this document be filed not later than September 16, 2025. A copy of this Order is attached hereto as Exhibit A.

## INTRODUCTION

1. Pursuant to F.R.C.P. 55(2), this is a Motion for a Default Judgment against the putative bankruptcy of Neighbor's Quality Homecare, LLC.

2. Defendant is not eligible for discharge as a debtor in its bankruptcy case pursuant to 11 U.S.C. §§ 727(a)(2)(A) and 727(a)(2)(B).

## JURISDICTION

3. This Court has jurisdiction of this adversary proceeding pursuant to 11 U.S.C. § 727.

4. This is a core proceeding under 28 U.S.C. § 157(b)(2)(J).

## VENUE

5. Venue is proper under 28 U.S.C. § 1409.

## PARTIES

6. Plaintiff, Angelia Williams, ("Plaintiff Ang Williams") is an adult individual residing at 216 Fieldstone Crossing Drive, Bear, Delaware 19701-1954, along with her spousal partner, Plaintiff Baby Jenkins Williams (individually and collectively, "Plaintiffs" residing at the same address).

7. Defendant, Neighbors Quality Home Care, LLC ("Defendant Neighbors" or "NQHC") is a Pennsylvania Domestic Limited Liability Company, organized and existing under the laws of the Commonwealth of Pennsylvania, with its registered office located at 1653 North 7th Street, Philadelphia, Pennsylvania 19122-2914.

## **BACKGROUND AND FACTUAL ALLEGATIONS**

8. On January 3, 2025, Defendant filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code ("Petition Date"), thereby initiating bankruptcy case number 25-10023-AMC, in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania ("Bankruptcy Case").

9. This case involves a "bait and switch" fraud in the inducement, and an outright fraudulent business transaction perpetrated by Melissa Grayson (hereinafter "Grayson,") and by and through her homecare nursing company, Neighbor's Quality Homecare, LLC (hereinafter "Neighbors" or "NQHC"). Grayson alleges and perjures herself, in her bankruptcy Chapter 7 petition, that she is the sole owner of Neighbors, but that is not true. Claimants Baby Jenkins and Ang Williams (hereinafter collectively referred to as 'Williams",) are minority owners. Grayson has or had another owner/partner, Cherita Brown (hereinafter "Brown") but Claimants have no knowledge of her current ownership status. However, on July 25, 2022, Grayson and Brown entered into a sales agreement whereby Brown would purchase 50% of Neighbors for Seventy-Five Thousand Dollars ($75,000) and be the sole owners of Neighbors.

10. On April 3, 2025, the Williams filed an Adversary Complaint Objecting to the Entry of Discharge Pursuant to 11 U.S.C. § 727(a) and 727(c) and Rule 4004 of the Federal Rules of Bankruptcy Procedure. A true and correct copy of this filing is attached hereto as Exhibit B.

3

11. On April 17, 2025, the Williams moved this Court to remove Cherita M. Brown as a Defendant in this case. A true and correct copy of this filing is attached hereto as Exhibit C. This Petition is still pending.

12. Defendant NQHC filed an Answer and a Rebuttal in excess of 100 pages detailing the fraudulent behavior of Melissa Grayson and why the bankruptcy should not be permitted. A true and correct copy of this filing is attached hereto as Exhibit D. Thereafter, Ms. Brown did not respond to the Court's directive requiring the requisite additional information.

13. Instead, Ms. Grayson made her wife, Cherita Brown, president of the corporate entity, NQHC.

14. As of this date, October 8, 2025, NQHC is operating with full force and, accordingly, a default judgment is justified in this matter.

15. Cherita Brown filed the above pleading on behalf of herself and NQHC. Ms. Brown is not an attorney and cannot speak on behalf of the corporate entity, NQHC. Her attempt to do so constitutes the unauthorized practice of law, and renders her subject to appropriate civil and potentially criminal penalties.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for the entry of judgment against Defendant as follows:

1. That the Court grant a default judgment in their favor and deny NQHC's bankruptcy petition.

2. For an award of attorney's fees as allowable by law in an amount the Court determines to be reasonable;

3. For costs of suit herein incurred; and

4. For such other and further relief as this Court deems just and proper.

October 8, 2025             **LECHTER & SASSO, P.C.**

By: *Ernest Sasso*
Ernest Sasso, Esquire
Pennsylvania Attorney I.D. No. 34883

/lynneklechter/

Lynne K. Lechter, Esquire
Pennsylvania Attorney I.D. No. 59815

Attorneys for Creditors Baby Jenkins and Angelia ("Ang") Williams

Lechter & Sasso, P.C.
1845 Walnut Street, 25th Floor
Philadelphia, Pennsylvania 19103-4725
(215) 564-6000 [Telephone]
(215) 598-0977 [Fax]
sasso@lechtersasso.com [E-Mail]
lechter@lechtersasso.com [E-Mail]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELIA WILLIAMS and BABY JENKINS WILLIAMS<br><br>Plaintiffs,<br><br>v.<br><br>MELISSA GREER-GRAYSON<br><br>and<br><br>NEIGHBORS QUALITY HOME CARE, LLC<br><br>and<br><br>CHERITA M. BROWN<br><br>Defendants. | CIVIL ACTION<br>JURY TRIAL DIVISION<br><br>August Term, 2023<br>No. 230900521<br><br>This is Major Jury Matter |

## CERTIFICATE OF SERVICE

I, Ernest Sasso, Esquire, hereby certify that a true and correct copy of the Motion for Default Pursuant to F.R.C.P. 55(2) was served on the following interested party via electronic mail on October 8, 2025:

Cherita Brown <cheritanqhc@gmail.com>

6

Lechter & Sasso, P.C.

By: *Ernest Sasso*
Ernest Sasso, Esquire
Pennsylvania Attorney I.D. No. 34883
Lynne Kessler Lechter, Esquire
Pennsylvania Attorney I.D. No. 59815
1845 Walnut Street, 25th Floor
Philadelphia, Pennsylvania 19103-4725
(215) 564-6000 [Telephone]
(215) 598-0977 [Fax]
sasso@lechtersasso.com [E-Mail]
lechter@lechtersasso.com [E-Mail]

Attorneys for Plaintiffs, Angelia Williams

October 8, 2025