## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Neighbor's Quality Homecare LLC,<br><br>*Debtor*. | Case No. 25-10023-amc<br>Chapter 7 |
| Baby Jenkins, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Neighbor's Quality Homecare LLC,<br><br>*Defendant*. | Adversary No. 25-00135-amc |

**Certificate of No Response to Motion to Dismiss Adversary Complaint**

I, Michael I. Assad, hereby declare as follows:

1. I am the attorney for the Defendant.

2. On September 23, 2025, the Defendant moved to dismiss this adversary action.

3. According to the notice served with the motion to dismiss, all responsive pleadings were required to be filed on or before October 14, 2025.

4. I reviewed the docket in this case today, and no responsive pleading to the motion appears thereon.

5. I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.


Date: October 15, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

*Attorney for Defendant*