# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Neighbor's Quality Homecare LLC,<br><br>*Debtor*. | Case No. 25-10023-amc<br>Chapter 7 |
| Baby Jenkins, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>Neighbor's Quality Homecare LLC,<br><br>*Defendant*. | Adversary No. 25-00135-amc |

### ORDER

**AND NOW**, upon consideration of the Motion for Default Judgment filed by Plaintiffs and after a hearing; it is hereby ORDERED that:

1. The Motion is **DENIED** for the reasons stated on the record in open Court.

Date: October 30, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge