United States Bankruptcy Court
Eastern District of Pennsylvania

Williams,
    Plaintiff

Adv. Proc. No. 25-00135-amc

Neighbor's Quality Homecare, LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 30, 2025      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Lynne Kessler Lechter, Lechter & Sasso, P.C., 1845 Walnut Street, 25th Floor, Philadelphia, PA 19103-4725 |
| pla | Angelia Williams, 216 Fieldstone Crossing Drive, Bear, DE 19701-1954 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: james.gannone@usdoj.gov | Oct 31 2025 00:26:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 31 2025 00:26:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ernest Sasso | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: pdf900 | Total Noticed: 4 |

on behalf of Plaintiff Angelia Williams sasso@lechtersasso.com

MICHAEL I. ASSAD

on behalf of Defendant Neighbor's Quality Homecare  LLC michael@sadeklaw.com, sadeklaw@recap.email

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Neighbor's Quality Homecare LLC,<br><br>*Debtor.* | Case No. 25-10023-amc<br>Chapter 7 |
| Baby Jenkins, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>Neighbor's Quality Homecare LLC,<br><br>*Defendant.* | Adversary No. 25-00135-amc |

**ORDER**

**AND NOW**, upon consideration of the Motion for Default Judgment filed by Plaintiffs and after a hearing; it is hereby ORDERED that:

1. The Motion is **DENIED** for the reasons stated on the record in open Court.

**Date: October 30, 2025**

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge