## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Neighbor's Quality Homecare LLC,<br><br>*Debtor.* | Case No. 25-10023-amc<br>Chapter 7 |
| Baby Jenkins, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>Neighbor's Quality Homecare LLC,<br>*Defendant.* | Adversary No. 25-00135-amc |

### Substitution of Attorney

To the Clerk of Court:

　　Please substitute the appearance of Brad J. Sadek as attorney of record for Defendant Neigbor's Quality Homecare LLC in this case.

Date: 3/3/2026

_____
Michael I. Assad
Former Attorney

Date: 3/4/2026

_____
Brad J. Sadek
Substituted Attorney