United States Bankruptcy Court

Eastern District of Pennsylvania

Williams,

    Plaintiff

Neighbor's Quality Homecare, LLC,

    Defendant

Adv. Proc. No. 25-00135-amc

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: 167 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Lynne Kessler Lechter, Lechter & Sasso, P.C., 1845 Walnut Street, 25th Floor, Philadelphia, PA 19103-4725 |
| pla | | Angelia Williams, 216 Fieldstone Crossing Drive, Bear, DE 19701-1954 |
| dft | + | Neighbor's Quality Homecare, LLC, 1 International PlazaSuite 550, Philadelphia, PA 19113-1528 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Defendant Neighbor's Quality Homecare  LLC brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| Ernest Sasso | on behalf of Plaintiff Angelia Williams sasso@lechtersasso.com |
| MICHAEL I. ASSAD | on behalf of Defendant Neighbor's Quality Homecare  LLC mike@assad.law, noreply01@assad.law |

TOTAL: 3

*Form 167* (1/25)–doc 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Neighbor's Quality Homecare, LLC | ) | Case No. 25–10023–amc |
|    Debtor(s) | ) | Chapter 7 |
| | ) | |
|    Angelia Williams | ) | |
|    Plaintiff | ) | |
| | ) | Adversary No. 25–00135–amc |
|    v. | ) | |
| | ) | |
|    Neighbor's Quality Homecare, LLC | ) | |
|    Defendant | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Adversary Proceeding Filed by Neighbor's Quality Homecare, LLC Represented by MICHAEL I.
ASSAD

on: 5/27/26

at: 12:30 PM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: April 29, 2026

For The Court

Mohung Wong
Clerk of Court