United States Bankruptcy Court

Eastern District of Pennsylvania

Williams,

    Plaintiff

Adv. Proc. No. 25-00135-amc

Neighbor's Quality Homecare, LLC,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Lynne Kessler Lechter, Lechter & Sasso, P.C., 1845 Walnut Street, 25th Floor, Philadelphia, PA 19103-4725 |
| ust | + | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| dft | + | Neighbor's Quality Homecare, LLC, 1 International PlazaSuite 550, Philadelphia, PA 19113-1528 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 18 2026 02:24:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Defendant Neighbor's Quality Homecare LLC brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| Ernest Sasso | |

District/off: 0313-2                                    User: admin                                              Page 2 of 2

Date Rcvd: Jul 17, 2026                                 Form ID: pdf900                                       Total Noticed: 4

on behalf of Plaintiff Angelia Williams sasso@lechtersasso.com

MICHAEL I. ASSAD

on behalf of Defendant Neighbor's Quality Homecare  LLC mike@assad.law,
mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com


TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Neighbor's Quality Homecare LLC, <br><br> *Debtor.* | Case No. 25-10023-amc <br> Chapter 7 |
| Baby Jenkins, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> Neighbor's Quality Homecare LLC, <br><br> *Defendant.* | Adversary No. 25-00135-amc |

**Order Dismissing Adversary Complaint with Prejudice**

**AND NOW**, upon consideration of the Motion to Dismiss Adversary Complaint filed by Defendant Neighbor's Quality Homecare LLC, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Complaint is **DISMISSED WITH PREJUDICE**.

Date: July 17, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge